DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH HAGANS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2005

[December 12, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Alspector, Judge; L.T. Case No. 07-7695CF10A.

Joseph Hagans, Quincy, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***